NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLAND CORPORATION,**

*Plaintiff-Appellant*

**v.**

**INMUSICBRANDS, INC.,**

*Defendant-Appellee*

---

2021-1604

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:17-cv-22405-FAM, Chief Judge Frederico A. Moreno.

---

## O R D E R

Upon consideration of Roland Corporation's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The appeal is reactivated, and the motion to voluntarily dismiss is granted.

2                    ROLAND CORPORATION v. INMUSICBRANDS, INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

March 11, 2022                    /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court


ISSUED AS A MANDATE: March 11, 2022